**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Keanen T. Gross                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11019 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                               Respectfully submitted,

                                    /s/ *Rebecca Solarz*
                                    Rebecca Solarz
                                    27 Apr 2022, 13:10:30, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322