United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11019-mdc |
| Keanen T. Gross | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 20, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |
| 14689199 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14685396 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14685404 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14685408 | + | Revenue Collection Bureau, Inc., 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14685411 | + | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14685399 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 20 2022 23:47:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4031 |
| 14685410 | | Email/Text: megan.harper@phila.gov | Oct 20 2022 23:48:00 | Water Revenue Bureau, Attn.: Pamela Elchert Thurmond, Esquire, Tax & Revenue Unit, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14699389 | | Email/Text: megan.harper@phila.gov | Oct 20 2022 23:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14719082 | | Email/Text: megan.harper@phila.gov | Oct 20 2022 23:48:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14685400 | | Email/Text: mrdiscen@discover.com | Oct 20 2022 23:47:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14685401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 23:57:45 | DSNB/Macy's, P.O. Box 8218, Mason, OH 45050 |
| 14691575 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 23:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14687931 | | Email/Text: mrdiscen@discover.com | Oct 20 2022 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14685402 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2022 23:48:00 | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14685403 | | Email/Text: bknotices@fbcs-inc.com | Oct 20 2022 23:47:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14685398 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 20 2022 23:48:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14685405 | ^ | MEBN | Oct 20 2022 23:46:03 | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 155 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14685406 | + | Email/PDF: pa_dc_claims@navient.com | Oct 20 2022 23:57:47 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14691310 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 20 2022 23:47:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14687192 | ^ | MEBN | Oct 20 2022 23:46:03 | PENNYMAC LOAN SERVICES, LLC, Rebecca Solarz, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14686922 | ^ | MEBN | Oct 20 2022 23:46:03 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685407 | + | Email/PDF: ebnotices@pnmac.com | Oct 20 2022 23:57:48 | PennyMac Loan Services, LLC, 3043 Townsgate Road #200, Westlake Village, CA 91361-3027 |
| 14698109 | + | Email/PDF: ebnotices@pnmac.com | Oct 20 2022 23:57:55 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14688116 | | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 23:47:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14685409 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 23:47:00 | Truist Bank, 214 North Tryon Street, Charlotte, NC 28202-2374 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14685397 | *+ | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |
| 14688117 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Keanen T. Gross spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 20, 2022 | Form ID: 155 | Total Noticed: 26

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keanen T. Gross
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11019−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 20, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                               Magdeline D. Coleman
                                                               Chief Judge ,
                                                               United States Bankruptcy Court

20 − 8
Form 155