# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11019-MDC

KEANEN T. GROSS

516 W LAWN STREET

LANSDALE, PA 19446

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KEANEN T. GROSS

516 W LAWN STREET

LANSDALE, PA 19446

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Date: 12/20/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee